UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANDREW RICHARD LUKEHART,

        Petitioner,

vs.                                  Case No.:    3:12-cv-585-J-32PDB

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,

        Respondent.
_____/

## ORDER

This case is before the Court <u>sua sponte</u>. Petitioner Andrew Richard Lukehart is a death-sentenced individual who is in the custody of the Florida Department of Corrections for the murder of Gabrielle Hanshaw. Petitioner challenges his conviction and sentence of death pursuant to 28 U.S.C. § 2254. As reported in <u>Lukehart v. State</u>, 776 So. 2d 906, 911 (Fla. 2000), the jury recommended the death penalty by a vote of nine to three, and the trial judge followed that recommendation. On direct appeal, the Florida Supreme Court affirmed Petitioner's conviction and death sentence. <u>Id.</u> at 927.

On March 9, 2015, the United States Supreme Court granted a petition for a writ of certiorari in <u>Hurst v. Florida</u>, 135 S. Ct. 1531 (2015), to address the following question: "Whether Florida's death sentencing scheme violates the Sixth Amendment or the Eighth Amendment in light of this Court's decision in <u>Ring v. Arizona</u>, 536 U.S. 584, 122 S.Ct. 2428, 153 L.Ed.2d 556 (2002)." Oral argument is scheduled for October

1

13, 2015.  The briefs in <u>Hurst</u> challenged the constitutionality of Florida's death sentencing scheme, which permits: (1) the trial judge, rather than the jury, to find the existence of the requisite aggravating circumstance(s), as well as to weigh the aggravators against the mitigating factors, (2) the jury to recommend a sentence of death by a simple majority, and (3) the jury to find the existence of an aggravating circumstance without expressly and unanimously identifying a specific aggravator.

Given the significance of the proceedings in <u>Hurst</u>, the conservation of public and private resources counsels in favor of suspending these proceedings until the Supreme Court issues its decision.  As a decision is expected by early 2016, staying this case pending further guidance from the Supreme Court is appropriate.

Accordingly, this action is **STAYED** and **ADMINISTRATIVELY CLOSED** pending a decision in <u>Hurst v. Florida</u>, 135 S. Ct. 1531 (2015).  Following a decision in <u>Hurst</u>, any party may move to lift the stay and reopen the case.

**DONE AND ORDERED** in Jacksonville, Florida this 26th day of August, 2015.

*[signature]*
TIMOTHY J. CORRIGAN
United States District Judge

lc 19

Copies:

Counsel of Record
Petitioner Andrew Lukehart